Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

WESLEY H. H. CHING         2896
SHEREE KON-HERRERA     6927
841 Bishop Street, Suite 1200
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:   (808) 531-7585
Email:        whc@fmhc-law.com
                   skh@fmhc-law.com

Attorneys for Defendant
HYATT CORPORATION dba GRAND HYATT
KAUAI RESORT & SPA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAMELA A. SWEENEY and PATRICK S. SWEENEY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>HYATT CORPORATION dba GRAND HYATT KAUAI RESORT & SPA, JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10,<br><br>　　　　　Defendants. | CV NO. 16-00143 LEK-KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES<br><br><br>Trial:  May 23, 2017 |

1

STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED by all parties to this action, through their undersigned counsel, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all of the claims of all parties are dismissed with prejudice, each party to bear their own fees and costs.

All appearing parties have signed this Stipulation for Dismissal With Prejudice of All Claims and Parties and there are no remaining parties and/or issues.

Trial is scheduled for May 23, 2017.

DATED: Honolulu, Hawaii, May 4, 2017.

       /s/ Pamela A. Sweeney
PAMELA A. SWEENEY
Pro Se Plaintiff

       /s/ Patrick S. Sweeney
PATRICK S. SWEENEY
Pro Se Plaintiff

       /s/ Wesley H. H. Ching
WESLEY H. H. CHING
SHEREE KON-HERRERA
Attorneys for Defendant
HYATT CORPORATION dba GRAND HYATT KAUAI RESORT & SPA

APPROVED AND SO ORDERED:



   /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

2